STATE OF LOUISIANA IN
THE INTEREST OF J.G.

*     NO. 2023-CA-0629

*     COURT OF APPEAL

*     FOURTH CIRCUIT

*     STATE OF LOUISIANA

*

*

* * * * * * *

*NEK*     **ERVIN-KNOTT, J., CONCURS IN THE RESULT**